1  Harry J. F. Korrell
   Amy H. Pannoni
2  Davis Wright Tremaine LLP
   2600 Century Square
3  1501 Fourth Avenue
   Seattle, WA 98101-1688
4  (206) 622-3150

5

6

7                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF WASHINGTON
8                                  AT RICHLAND

9
   WALTER MASTERS,                    )
10                                    )
                Plaintiff,             )   No. 05 CV 3006 EFS
11                                    )
        v.                             )   STIPULATION AND ORDER
12                                    )   OF DISMISSAL
   SNOKIST GROWERS, INC., a           )
13 Washington corporation,            )
                                      )
14              Defendant.             )

15
                        I.    **STIPULATION**
16
        Plaintiff Walter Masters by and through his counsel of record, Jeffrey
17
   L. Needle of the Law Offices of Jeffrey L. Needle, and Defendant Snokist
18
   Growers, Inc., by and through its counsel of record, Harry J. F. Korrell and
19
   Amy H. Pannoni of Davis Wright Tremaine, LLP, stipulate that the matter has
20
   been fully compromised and settled, this action and all claims herein by any

STIPULATION AND ORDER OF DISMISSAL - 1          Davis Wright Tremaine LLP
                                                         LAW OFFICES
SEA 1804960v1 69313-1                      2600 Century Square · 1501 Fourth Avenue
                                              Seattle, Washington 98101-1688
                                              (206) 622-3150 · Fax: (206) 628-7699

1  party shall be dismissed with prejudice, and each party shall bear his, her, or

2  its own costs and attorneys' fees.

3  DATED this 2nd day of May, 2006.

4

5  Davis Wright Tremaine LLP
   Attorneys for Defendant

6

7  By _____
   Harry J. F. Korrell

8  WSBA #23173
   Amy H. Pannoni

9  WSBA #31824

10

11  Law Offices of Jeffrey L. Needle
    Attorneys for Plaintiff

12  *Permission to sign on Plaintiff's
    Counsel's behalf granted via email on*

13  *May 2, 2006.*

14  By _____
    Jeffrey L. Needle

15  WSBA #6346

16

17

18

19

20

STIPULATION AND ORDER OF DISMISSAL - 2

SEA 1804960v1 69313-1

## II. ORDER [PROPOSED]

This matter came before the Court pursuant to the foregoing stipulation. Based on the Court's review of the stipulation, and the Court being otherwise fully advised, now, therefore, it is hereby

ORDERED, ADJUDGED, and DECREED that: (1) all claims in this action are **dismissed with prejudice**; and (2) each party shall bear his or its own costs and attorneys' fees.

DONE this 11th day of May, 2006.

s/ Edward F. Shea
_____
Honorable Edward F. Shea
UNITED STATES DISTRICT JUDGE

Presented by:
Davis Wright Tremaine LLP
Attorneys for Defendants

By _____
Harry J. F. Korrell, WSBA #23173
Amy H. Pannoni, WSBA #31824

Approved as to Form;
Notice of Presentation Waived:
Law Offices of Jeffrey L. Needle
Attorneys for Plaintiff

*Permission to sign on Plaintiff's Counsel's behalf granted via Email on May 2, 2006.*

By _____
Jeffrey L. Needle
WSBA #6346

STIPULATION AND ORDER OF DISMISSAL - 3

SEA 1804960v1 69313-1

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jeffrey L. Needle, Law Offices of Jeffrey L. Needle, email: jneedlel@wolfenet.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

_____
_____

DATED this 2nd day of May, 2006.

        Davis Wright Tremaine LLP
        Attorneys for Defendants

        By  /s/
        Amy H. Pannoni
        WSBA #31824
        Davis Wright Tremaine LLP
        2600 Century Square
        1501 Fourth Avenue
        Seattle, WA 98101-1688
        Telephone: (206) 903-3950
        Fax: (206) 628-7699
        E-mail: amypannoni@dwt.com

STIPULATION AND ORDER OF DISMISSAL - 4

SEA 1804960v1 69313-1

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699